HARRY HEUSER, APPELLANT, v. ABRAM S. TURTELTAUB ET AL., RESPONDENTS.

Argued October 22, 1942—Decided January 22, 1943.

For the appellant, *Alfred Brenner.*

For the respondent, *Wall, Haight, Carey & Hartpence.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—The Chancellor, Case, Bodine, Donges, Heher, Perskie, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ. 12.

*For reversal*—None.